Private    Confidential    Special    Priority    In Confidence

RECEIVED
By Nakisha Love at 10:13 am, Oct 13, 2023

district court of the United States original exclusive jurisdiction in care of the court at chambers of the Honorable Chief Justice of the circuit court of the United States.

Flatten, Charlesa

Flatten, Kyle

suitor

against

The U.S DEPARTMENT OF VETERANS AFFAIRS, AN OFFICER OF THE UNITED STATES

PACIFIC LENDING LLC

AMERIHOME MORTGAGE COMPANY LLC

respondents

Notice of the Laws of the Suit as a Special Cause

No._____

To the Honorable Chief Justice at his private chambers and to the Special Clerk and Master

To all to whom these presents shall come greetings:

Your orators, the suitors, seek equitable relief in the nature of recovery or obtaining the equity of redemption and exoneration from suretyship declared to be the sole exclusive heirs and beneficiaries to the same subject matter.

Your orators states the following for the Honorable Circuit Justice and Clerk and Master at chambers in support:

Private         Confidential         Special         Priority         In Confidence

## Parties

The suitors and "your orators" Flatten, Charlesa and Kyle, are private civilians of the United States and private prerogative members of the Union member state of Texas who privately resides/dwells within a non-military occupied private estate, outside a "Federal Zone" at Harrison County who's mailing location is ℅ post office box 634, Scottsville, Texas zip exempt.

The respondent The U.S DEPARTMENT OF VETERANS AFFAIRS, AN OFFICER OF THE UNITED STATES at 1600 Pennsylvania Ave NW, Washington, DC 20500 and the Administrators of the State of Texas and State of Pennsylvania in connection with said Estates.

PACIFIC LENDING LLC headquartered at 4141 Inland Empire Blvd. Suite 160 Ontario, CA 91746

AMERIHOME MORTGAGE COMPANY LLC headquartered at 1 Baxter Way, Suite 300, Thousand Oaks, CA 91362-3888

CHARLESA MOULTRY FLATTEN a registered organization of Jefferson County State of Texas is a decedent's legal estate ("Estate") who's principal office is located at P.O. Box 149347 Austin, Texas 78714-9347 in care of the State Registrar, and P.O. Box 12428 Austin, Texas 78711-2428 in care of the Governor.

KYLE FLATTEN a registered organization of Berks County State of Pennsylvania is a decedent's legal estate ("Estate") who's principal office is located at P.O. Box 1528 New Castle, PA 16103 in care of the Department of Health, Bureau of Health Statistics

Private          Confidential          Special          Priority          In Confidence

& Registries, Division of Vital Records and 508 Main Capitol Building, Harrisburg, PA 17120 in care of the Governor.

Your orators and her husband are without an administrator, without a personal representative , without an executor, and without a trustee to defend their equitable rights, titles, and interest in same said estates and guard against the fundamental due process protections secured and protected by their privity to the written constitution as heirs to the posterity for which it is intended by its makers and framers as an equitable mortgage/compact.

## Facts of the cause

The earth is the Lord's, and the fulness thereof; the world, and they that dwell therein. Psalm 24:1 KJV. And God said, Let us make man in our image, after our likeness: and let them have dominion over the fish of the sea, and over the fowl of the air, and over the cattle, and over all the earth, and over every creeping thing that creepeth upon the earth. Genesis 1:26  God gave man dominion over the earth, as God's heirs charlesa and kyle have a responsibility to care for and protect it for future generations. "The land shall not be sold forever: for the land is mine; for ye are strangers and sojourners with me." Leviticus 25:23. Charlesa and Kyle were granted the land beneath the soles of their feet from man known as Deril and Dawn Livingston, and Charlesa and Kyle have accepted the deed granted to them from Deril and Dawn Livingston per the maxim Equity will not complete an imperfect gift as shown in Exhibit A. Every place whereon the soles of your feet shall tread shall be yours: from the wilderness and Lebanon, from the river, the river Euphrates, even unto the uttermost

| Private | Confidential | Special | Priority | In Confidence |

sea shall your coast be. Deuteronomy 11:24. Superior Equity Shall Always Prevail; Where There Are Equal Equities The Law Shall Prevail, Otherwise Priority Shall Prevail. Not Only do Charlesa and Kyle accept the dominion granted to them by their creator, they also accept the prerogative powers which pertain to the crown in England that are vested in them. (FERGUS v.RUSSEL) They are rely on some of the Prerogative King's maxims - that the King suffers no laches, The King's title is always perfect, The King suffers no minority. The right of eminent domain is a high prerogative of sovereignty, which can not be exercised without an express grant, or one necessarily implied. Board of Park Com'rs. Of Louisville v. DuPont. Charlesa and Kyle have exercised their power of eminent domain and have taken the land as a prerogative seat, for use and enjoyment, and to do prerogative business.

Property comprehends the Jus Possidendi, or the Right of possession: the Jus Utendi, or the Right of using : the Jus Fruendi, or the Right of appropriating any fruits or profit from the object: the Jus Abutendi, or the Right of destroying on alienating it and the Jus Vindicandi, on the Right of recovering it when found in the wrongful possession of any one else. Property, or Dominion, then, does not mean a single Right: but an aggregate or bundle of Rights: it comprehends the Totality of Rights which can be exercised over everything.

With the intent and purpose of an equitable mortgage, Charlesa and her husband Kyle provided security and with trust and confidence shared the stock registered securities (certificated securities) that they hold beneficial interest in with PACIFIC LENDING LLC to lend credit. They granted collateral as an issuer natural person pay to PACIFIC LENDING LLC and agents acting on behalf of the organization took the cash

Private            Confidential            Special            Priority            In Confidence

items of collateral and instruments, provided no consideration, traded it on the market, did not provide full disclosure that Charlesa and Kyle would be a silent partner to the investment, and have not applied the correct accounting entries under the Generally Accepted Accounting Procedures where they are treating the account as a trade receivable through securitization as an off balance sheet financing technique and sold the note to AMERIHOME MORTGAGE COMPANY LLC. The Trust Indenture Act of 1939 requires that bonds, notes, debentures, and similar securities publicly offered for sale, sold, or delivered after sale through the mails or in interstate commerce, securities publicly offered for sale, be issued under an indenture.

 . . . Under the power to borrow money on the credit of the United States, and to issue circulating notes for the money borrowed, its power to define the quality and force of those notes as currency is as broad as the like power over a metallic currency under the power to coin money and to regulate the value thereof. Under the two powers, taken together, Congress is authorized to establish a national currency, either in coin or in paper, and to make that currency lawful money for all purposes, as regards the national government or private individuals. . . . " (Emphasis supplied.)" Mobley M. Milam, Appellant, v. United States of America et al., Appellees, 524 F.2d 629 (9th Cir. 1974) The first sentence admits the mortgage that the People who lend credit have a right in redemption and subrogation. Equity eyes see the sovereign mortgage and sovereignty of the people to redeem, and when they borrow the people's private credit, it creates an equitable mortgage, sovereign redemption, and subrogation right in the people, and a breach of trust in the subrogors and mortgagees when they clog the people's right to redeem their collateral borrowed. If this Court chooses to ignore these facts, then

Private            Confidential            Special            Priority            In Confidence

Charlesa and Kyle shall be required to defer to the Appellate forum or the Supreme Court original jurisdiction in a high prerogative writ of Quo Warranto. Charlesa and Kyle shall have no other option but to name your honor and this forum as Defendants in the Writ sought to dissolve the charter for the breach of trust.

The "United States" is primarily liable by operation of the Trading with the Enemy Act /Emergency Banking Relief Act because of the mortgage created by the 73rd congress. "All the homes and property of the people in the Nation" includes the "money" of the American People with which to pay that the "United States" seized as collateral/security to mortgage the new banking system starting March 9, 1933 when banks opened for business after the banking holiday. True payment is to exercise the equity of redemption and order as duty to the "United States" to make payment.

*And it cannot be said that the suit is not to recover the land as it is already vested in him, for this expression would be strictly accurate where the mortgage is of the equitable estate; and, where the mortgage is a legal one, yet the suit is in effect to recover or obtain the equity of redemption, which is, in the view of equity, an actual estate." Wrixon v. Vize, 3 D. & War. 119, 120. 1933 is a mortgage by which an equity of redemption lies.  And an equity of redemption lies against a King. Harison and Hoffman, for the plaintiff's, contended, that the evidence fully established the fact that the assignment of the l2th of February, 1806, though absolute on the face of it, was given and intended only as a security for the notes due to the plaintiffs; that it was a settled principle that a specific fund, assigned to pay a debt, should be always so applied; and, as long as the fund could be traced, the trust must follow, and attach to it. (1 Equity Cas.*

Private        Confidential        Special        Priority        In Confidence

*Ah. 93. K. pi. 5. Bac. Ab. Obligation, (B.) 168. Kip v. Banh of New-TorTcj 10 Johns. Rep. 63.)*

*Where a deed is, on the face of it, contrary to the intent of the parties, it is, prima facie, fraudulent, and parol evidence is, therefore, admissible to show the intent ; and it was admitted, on all hands, that the assignment, though general, was intended as a specific security.*

*Once a mortgage, and always a mortgage." (1 Mad. 413.) No agreement of the parties can affect the doctrine as to redemption in a Court of Equity. See 1 Powell on Mortgages, 6th ed. Pp. 116: Title "How a Mortgage is considered in Equity." The right to redeem is not a personal right, but an equitable estate or interest in the property mortgaged. A "clog" or "fetter" is something which is inconsistent with the idea of "security": a clog or fetter is in the nature of a repugnant condition… The courts of equity have fought for years to maintain the doctrine that a security is redeemable…That is my opinion, is the true principle applicable to the cases, and that is what is meant when it is said there must not be any clog or fetter on the equity of redemption. An equity of redemption then is, in equity, the ancient estate in the land without change of ownership.*

Private         Confidential         Special         Priority         In Confidence

## Reconversion election by beneficiaries

Charlesa and Kyle order, that the note be converted into corporate senior notes collateralized against each individual board member, jointly or severally, that each member be made to appear and answer. That if the note conversion transmuted to its stock that this order is for reconversion to said secured senior notes, as ought to be done. That the Note is hereby canceled. That Charlesa and Kyle's exclusive exercise of the equity of redemption lie against each said board member, their personal assets as priority. That a 100% tax assessment of all of Charlesa and Kyle outstanding interest be assessed against each individual said board member and that an assignment for its collection is assigned to the commissioner of Internal Revenue.

## Statement of the Cause

The primary subject matter issue of your orators and her husband's special cause is for the relief against all liability of the Estates as the surety or secondarily liable imposed upon them in all legal proceedings in general of a military character, and in a particular "State" legal proceeding styled as "HARRISON COUNTY COURT OF LAW" docket number 2023-11550-CCL ("Legal Proceeding"). That due to the conflict that arises under the written constitution, equitable principles and the inherited law and equitable doctrines such as matters of exoneration and other equitable defenses from said proceedings legal in their nature governing a private citizen whose protections and secured private civilian due process protections are firmly established under Article III, Sect 2 of said written constitution. Your orators and her husband's protections are not

Private          Confidential          Special          Priority          In Confidence

cognizable at law or the legal nature of legislative proceedings in the State court. Equity Delights To Do Complete Justice and not by halves.

## Statement of Jurisdiction

That this is a suit in equity arising under the constitution of the United States and that where the rights of the living spirits of consciousness are in jeopardy, and are those of private citizens, and are of those classes which the constitution of the United States either confers or has taken under its protection and no adequate remedy for their enforcement is provided by the forms and proceedings purely legal, the same necessity invokes and justifies, in cases to which its remedies can be applied, that jurisdiction in equity vested by the constitution of the United States, and which cannot be affected by the legislation of the emergency provisional congress, the states nor the agencies subject to the law of the District of Columbia. This court has limited jurisdiction and your orators does hereby grant all in personam and subject matter jurisdiction to this court to adjudicate in Equity. Charlesa and Kyle do not consent to proceed before a magistrate judge.

## Summary of the argument

Despite attempting to resolve the issue with both PACIFIC LENDING and AMERIHOME MORTGAGE COMPANY LLC. AMERIHOME MORTGAGE COMPANY LLC acted ultra vires of their charter and initiated an unlawful foreclosure. It is alleged that the mortgage was satisfied when the property was "sold" at an alleged foreclosure sale. Defendants wholly and totally deny that the alleged "sale" extinguished, or could have extinguished said mortgage, first, due to the

| Private | Confidential | Special | Priority | In Confidence |

fact that the original note was never surrendered by holder, and second, due to the fact that the "sale" implies that two different species of money can be used to affect an extinguishment: The alleged foreclosure sale was denominated in one specie of currency denoted by the symbol "$"--- a number where ISO 4217 states the "$" symbol "Standard dollar sign is generally used to signify peso amounts"--- while the mortgage is denominated in "United States of America, Dollars." "Peso" amounts (see Exhibit D - ISO 4217) COULD NOT have extinguished an alleged mortgage that is denominated in "$U.S." where ISO 4217 states is "United States of America, Dollars" denoted as "USD" or $U.S. It's an incontrovertible fact that Defendant's alleged 'mortgage' instrument is denominated in specie of money detailed exactly as such: "Four hundred Twenty- Seven Thousand and NO/100 Dollars (U.S.$ 427,458.00)" and it is an incontrovertible fact that the alleged foreclosure sale is denominated as such: "...for the sum of: $336,220.00 " (no words as numbers). Charlesa and Kyle deny these two amounts are or can be the same specie.

Equity will not suffer a wrong to be without a remedy. Equity Arbors a forfeiture. Charlesa and Kyle's equitable right to possession is being threatened by usurpers, trespassers and de facto agents where the laws that apply to Charlesa and Kyle as heirs of God and living spirits of consciousness are not the laws they are using. Charlesa and Kyle have not injured anyone, and they have not violated the ten commandments nor the law of the land. The laws that apply to Charlesa and Kyle's possession and their equites and rights are being threatened by defacto usurpatory trespassers. Equity will not allow a statute to be used as a cloak for fraud. "And ye shall know the truth, and the truth shall make you free" John 8:32 KJV. Be not thou one of them that strike hands, or of them that are sureties for debts. Equity will not allow a trust to fail for want of a trustee. If thou hast nothing to pay, why should he take away thy bed

Private          Confidential          Special          Priority          In Confidence

from under thee? Proverbs 22:26-27. Charlesa, Kyle, their heirs and their pets have no place to go if they are made homeless as a result of the trustees abuse of power and their rights not being cognizable at law. Acquitting the guilty and condemning the innocent— the Lord detests them both.``Proverbs 17:15 NIV. Charlesa and Kyle have forgiven themselves for their lack of knowledge that contributed to their mistakes. If we confess our sins, he is faithful and just to forgive us our sins, and to cleanse us from all unrighteousness 1 John 1:9. Charlesa and Kyle forgive all of the trustees that have breached their trust and sinned against them. And be ye kind one to another, tenderhearted, forgiving one another, even as God for Christ's sake hath forgiven you. Ephesians 4:32. The Royal Flatten family just wants justice and equity so that they can move on from this traumatic experience and can live in peace without the threat of de facto interlopers. Follow justice and justice alone, so that you may live and possess the land the Lord your God is giving you Deuteronomy 16:20 NIV.

## Notice of the conflict and variance of law

Your orators elect to apply for equitable relief and notices that it is an established principle that when there's a conflict between the rules of law and the rules of equity over the same subject matter that the rules of equity shall prevail. Further, your orators states that no adequate or sufficient or speedy remedy at law can provide complete justice and where the remedies sought are of a purely equitable nature. Your orators attaches therefore a "Table of Authorities" that are based upon the long standing and well established inherent principles and equity jurisprudence. The maxims in support of your orators's special cause attached herewith by reference and attached hereto in Annex A. Further your orators does notice that this cause is in accordance with the soul,

| Private | Confidential | Special | Priority | In Confidence |

intent and spirit of the rules of the Supreme Court of the United States number 48 "former rules" and that the Respondents are believed to be governed exclusively in accordance with the intent of Rule 47 of same.

    Your orators, and surety is seeking equitable relief from the burden caused by (1) trespass upon civilian due process of your orators's secured fundamental protections of civilian due process. (2) Exoneration of all liability and obligations imputed to your orators and her husband either by way of operation of law, mistake, error or accident, under threat and duress, or fraudulent concealment by Respondents. (3) Subrogation of rights, title and interest of the United States of America (hereafter "Creditor") against your orators and her husband with respect to an irrevocable obligation arising from a quasi trust relationship conducted by said State military Legal Proceeding. Equity will not allow a trust to fail for want of a trustee.

    Your orators states that due to exigent circumstances her and her husband are without sufficient relief and without justice owed and due to them by virtue of their private citizenship and that she and her husband are the sole exclusive heirs to the Estates and that without complete justice administered by this Honorable court that your orators and her family may be subject to unjust and irreparable harm and loss to rights and property. Equity will not suffer a wrong to be without a remedy.

Private        Confidential        Special        Priority        In Confidence

## Prayers for Special and General Relief

Wherefore the foregoing, your orators therefore prays that the Judge as Chancellor grant a special request for further and immediate consideration of;

a. Decree protection of all rights to subrogation of the equitable surety involving the subject matter obligation/debt.

b. Exoneration from liability as secondarily liable to the Estate.

c. Acknowledgement of your orators and her husband's rights as sole exclusive heir to the same subject matter Estates.

d. Stay of outcomes of said Legal Proceedings ( judgment and writ of possession) as part of the exclusive discretionary powers and authorities at Justice Chambers.

e. Quiet title and removal of the clouds on Charlesa and Kyles title free and clear of any adverse claims or interests.

f. 3. Imposition of a constructive trust for the benefit of Charlesa and Kyle to satisfy the demands of justice.

g.

h. A special evidentiary hearing with the special clerk and master to present private proprietary confidential evidence in support.

i. An order to seal said Suit to exclude the public and press to protect the nature of the rights and protections between the Parties during the proceedings

j. Any other general equitable relief your orators may be entitled to under the circumstances.

Private         Confidential         Special         Priority         In Confidence

## Prayers for Process

Your orators prays that this honorable court issue process and subpoena to answer through the special clerk and master of this court.

## Verification

The suitor, Flatten, Charlesa and Kyle, does hereby affirm under the laws of The United States of America That the above suit which we state is true and correct so help us God.

By: *Church*, all rights reserved    By: _____, all rights reserved

This _13th_ day of October 2023

Flatten, Charlesa and Kyle

orators and Suitor

Beneficiary/ Third party intervenor /Settlor

Successor Mortgagor and patentee

Post office box 634

Scottsville, Texas

(619) 806- 9175

## The Lord's Prayer

*Our Father, which art in heaven, Hallowed be thy Name. Thy Kingdom come. Thy will be done in earth, As it is in heaven. Give us this day our daily bread. And forgive us our trespasses, As we forgive them that trespass against us. And lead us not into temptation, But deliver us from evil. For thine is the kingdom, The power, and the glory, For ever and ever. Amen.*